IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERNA AGGIE, et al.,** | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 15-5456 |
| **PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, et al.,** | |
| Defendants. | |

## ORDER

**AND NOW,** this 7th day of December, 2015, upon consideration of Plaintiff's "Motion for Ex-Parte Temporary Restraining Order and Order to Show Cause" (Doc. No. 2), Defendants' "Response to Plaintiff's Motion for Temporary Restraining Order" (Doc. No. 9), Defendants' "Motion to Dismiss" (Doc. No. 10), and Plaintiff's "Memorandum in Opposition to Defendants' Motion to Dismiss" (Doc. No. 11), and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- This Court's previous Order (Doc. No. 5) granting in part Plaintiff's Motion for a Temporary Restraining Order is **VACATED**.

- Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 2) is **DENIED**.

- Defendants' Motion to Dismiss (Doc. No. 10) is **GRANTED**.

- Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**.

- The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**